**Dismiss and Opinion Filed May 11, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00023-CV

**ETHEL LOCKHART AND/OR ALL OCCUPANTS OF 711 LENTISCO DRIVE LANCASTER, TEXAS 75146, Appellants**

**V.**

**SILVER BAY PROPERTY CORP. MANAGEMENT COMPANY FOR 2012-C PROPERTY HOLDINGS LLC, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-15-05335-B**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Myers

Although cautioned that failure to file their brief by May 5, 2016 could result in dismissal of the appeal without further notice, appellants have yet to file a brief. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c). Accordingly, we dismiss the appeal. *See id.*

160023F.P05

/Lana Myers/
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ETHEL LOCKHART AND/OR ALL
OCCUPANTS OF 711 LENTISCO DRIVE
LANCASTER, TEXAS 75146, Appellants

No. 05-16-00023-CV     V.

SILVER BAY PROPERTY CORP.
MANAGEMENT COMPANY FOR 2012-C
PROPERTY HOLDINGS LLC, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-05335-B.
Opinion delivered by Justice Myers. Justices
Stoddart and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Silver Bay Property Corp. Management Company for 2012-C
Properly Holdings LLC recover its costs, if any, of the appeal from appellants Ethel Lockhart
and or/all occupants of 711 Lentisco Drive Lancaster, Texas 75146.

Judgment entered 11th day of May, 2016.